# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THOMAS NELSON HA,          )
                                   )
          Plaintiff,         )
                                   )
          v.               )    **Civil Case No. 08-2136 (RJL)**
                                   )
                                   )
U.S. DEPARTMENT OF EDUCATION,   )
                                   )
          Defendant.     )
                                   )

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this 13th day of January, 2010, hereby

**ORDERED** that the defendant's Motion To Dismiss [#10] is **GRANTED**, and it is further

**ORDERED** that the above-captioned case be **DISMISSED** without prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge